WALDO AGUILAR AND
ALMA AGUILAR
P.O. BOX 5964
SAN LUIS, AZ 85349

IN PRO PER



FILED

NOV 0 3 2009

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>WALDO AGUILAR AND<br>ALMA AGUILAR<br>DEBTORS<br><br>G/E MONEY BANK FSB<br>MOVANT<br>VS<br>WALDO AGUILAR AND<br>ALMA AGUILAR DEBTORS;<br>DEBORAH BRYANT TRUSTEE<br>RESPONDENTS | AP CASE NO: 0:09-AP-01305-JMM<br>NO: 0:08-BK-18638-JMM<br><br>RESPONSE/ANSWER<br>TO COMPLAINT TO DENY<br>DISCHARGEABILITY<br>OF DEBT |

We, Waldo Aguilar and Alma Aguilar, debtors in the above captioned case, hereby file this Response/Answer to Complaint to Deny Dischargeability of Debt as follows:

**Parties Jurisdiction and Venue**
1. Admitted.
2. Denied. We are residents of Yuma County Arizona.
3. Denied in part. Defendants Waldo and Alma Aguilar are, in fact, debtors in the above captioned case, but are residents of Yuma County, not Maricopa County.
4. Admitted.
5. Admitted.

**General Factual Allegations**
6. Admitted.
7. Denied. We did not have this credit line in February, 2006
8. Admitted.
9. Admitted.

**I Count One**
**Fraud**

10. Denied in part.
11. Admitted.
12. Admitted.

13. Denied, We, Waldo and Alma Aguilar, debtors in the above captioned case, were under the concept that Alma Aguilar, who was unemployed at the time, was going to be called back to return to work sooner than we had anticipated. However she was called back at a much later date. So therefore we did not use the loan in bad faith since we did not expect my wife's prolonged unemployment.
14. Denied in part. Our representations were not intentionally made to be false. Our economical circumstances unexpectedly occurred due to Alma's prolonged unemployment.
15. Denied.

General Denial: We, the debtors in the above captioned case, deny anything stated in the Complaint to Deny Dischargeability of Debt that we have not specifically admitted qualified or denied.

Oath and Verification

We, debtors in the above captioned case, being duly sworn and under oath, state that we have read this Response/Answer to Complaint to Deny Dischargeability of Debt and all the statements herein are true and correct to the best of our knowledge and belief.

Dated this 2nd day of November, 2009

_Waldo Aguilar_
Debtor

_Alma Aguilar_
Co-debtor

Copy of the foregoing was mailed
November 2, 2009 to:

GE Money Bank
c/o Mark S. Bosco, Esq
2525 East Camelback Road
Suite 300
Phoenix, AZ 85016

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

IN RE: )  CASE: 0:08-bk-18638-JMM
WALDO AGUILAR & )
ALMA AGUILAR )  CHAPTER 7
DEBTORS )

**PROOF OF SERVICE BY MAIL**

WE Waldo Aguilar and Alma Aguilar, Debtors in above captioned cased hereby declare that we have served the enclosed: Response/Answer to Complaint to Deny Dischargeability of Debt on the following parties by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at San Luis, Az addressed as follows:

G/E MONEY BANK
C/O MARK BOSCO, ESQ
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, AZ 85016

DEBORAH BRYANT, ESQ
BANKRUPTCY TRUSTEE
P.O. BOX 6504
YUMA, AZ 85366

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 N. FIRST AVENUE, STE. 204
PHOENIX, AZ 85003-1706

U.S. BANKRUPTCY COURT- YUMA
U.S. DISTRICT COURT BUILDING
325 W 19TH STREET, SUITE "D"
YUMA, AZ 85364

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on:

Date: 11/03, 2009 at San Luis, Az

_Waldo Aguilar_
Debtor

_Alma Aguilar_
Co-Debor

11/04/2009